1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  SAILAJA M. PAIDIPATY (NYBN 5160007)
   CHRIS KALTSAS (NYBN 5490602)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      sailaja.paidipaty@usdoj.gov
       chris.kaltsas2@usdoj.gov
9
   Attorneys for United States of America
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 23-CR-0118 BLF |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING FROM FEBRUARY 6, 2024, |
| v. | ) ) | TO JUNE 11, 2024 AND [PROPOSED] ORDER |
| RICHARD SZE, | ) ) | |
| Defendant. | ) ) ) | |

Defendant Richard Sze, by and through his counsel, and the United States, by and through undersigned counsel, hereby stipulate and agree as follows:

The above-captioned matter is currently scheduled for sentencing on February 6, 2024. In order to provide the Court with all information relevant to sentencing, the parties agree that Mr. Sze should be sentenced after defendants in related cases whose conduct stems from the same facts as this case. *See United States v. Kevin Chao*, No. Cr 23-0222 BLF; *United States v. Sagireddy Pulla Reddy*, No. Cr 23-489 BLF. Defendant Reddy's sentencing is currently scheduled for the first week of May 2024. After consultation with the Court's deputy regarding the next available hearing date, the parties jointly agree and request that Mr. Sze's sentencing be continued until June 11, 2024 at 9 a.m. The parties have

//

confirmed that the assigned U.S. Probation Office is available on that date.

IT IS SO STIPULATED.

DATED: January 22, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
SAILAJA M. PAIDIPATY
CHRIS KALTSAS
Assistant United States Attorneys

DATED: January 22, 2024

/s/
FRANK UBHAUS
BERLINER COHEN LLP
Counsel for Richard Sze

**[PROPOSED] ORDER**

With agreement of the parties and for the reasons stated above, the sentencing hearing currently set for February 6, 2024, is hereby continued until June 11, 2024 at 9 a.m.

IT IS SO ORDERED.

DATED:

HON. BETH LABSON FREEMAN
United States District Judge